IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH P. GANIM )
       Petitioner, )
) Civil Action No. 09-272 Erie
v. )
)
THE FEDERAL BUREAU OF )
PRISONS, et al., )
)
       Respondents. )

## **MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on October 27, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on December 10, 2009 [13], recommends that the Petitioner's Motion for Injunctive Relief or Writ of Mandamus [2] be denied. The parties were allowed ten (10) days from the date of service in which to file objections. Petitioner filed his objections to the R&R [15] on December 22, 2009.

After de novo review of the petition and documents in the case, together with the Report and Recommendation and Petitioner's objections thereto, the following order is entered:

      AND NOW, this 5th day of February, 2010;

      IT IS HEREBY ORDERED that the Petitioner's Motion for injunctive Relief or Writ of Mandamus [2] be, and hereby is, DENIED.

The Report and Recommendation of Magistrate Judge Baxter, filed on December 10, 2009 [13], is adopted as the opinion of the Court.

                s/  <u>Sean J. McLaughlin</u>

                Sean J. McLaughlin
                United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge